# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STEPHANIE A. WHEELOCK,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No.  6:11-cv-1862-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

_____

# ORDER

This case is before the Court on Defendant's Motion for Entry of Judgment with Remand (Doc. No. 20) filed July 20, 2012.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of Non-Objection to the Report and Recommendation (Doc. No. 22), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 23, 2012 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion for Entry of Judgment with Remand is **GRANTED**.

3. The final decision of the Commissioner of Social Security is **reversed** and **remanded** to the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g) (sentence four) for further proceedings consistent with the Report and Recommendation.

4. The Clerk is directed to enter judgment in favor of Plaintiff and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 25th day of July, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record